The People of the State of New York, Respondent, v. Louis John, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that there is no evidence of possession of the machine or

control of the premises by the defendant. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.